COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-380-CR

THE STATE OF TEXAS STATE

V.

COREY WILLIAMS SMALL    APPELLEE

----------

FROM COUNTY CRIMINAL COURT NO. 2 OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “State’s Motion To Dismiss Appeal And Issue Mandate.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. 
 Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  
See 
Tex. R. App. P.
 42.2(a), 43.2(f). 
 As agreed by the parties
, the mandate will issue immediately.  
See
 
Tex. R. App. P.
 
18.1(c).
 

It is further ordered that the State shall pay all costs of this appeal, for which let execution issue.  
See
 Tex. Code Crim. Proc. 
A
nn
. art. 
44.01(f) (Vernon Supp. 2004-05).

PER CURIAM

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.  

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: November 24, 2004

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.